LOUIS SANDS ET AL. v. CATHARINE FINAN.

JOHN L. WHITING ET AL. v. MILTON H. BUTLER.

*Affirmance of judgment by disagreement of appellate court.*

When the Supreme Court cannot agree upon the questions presented by the record, the judgment below is affirmed under Comp. L., § 4923.

PER CURIAM. In these cases the court has not been able to agree upon the questions presented by the records, and the judgments will be affirmed under the statute.